IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYMIS MARTEL-CASTILLO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KRISTI NOEM, Secretary, U.S. )<br>Department of Homeland )<br>Security, et al., )<br>)<br>Respondents. )<br>) | Case No. CIV-26-402-SLP |

### ORDER TO CURE DEFICIENCIES

The Court has received the habeas corpus petition filed by counsel Martin Beguiristain on behalf of Petitioner. Doc. 1. Counsel is not a resident of and does not maintain an office in Oklahoma. He is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel. Michelle L. Edstrom has filed an entry of appearance as local counsel on behalf of Petitioner. *See* Doc. 5. Counsel must file an entry of appearance under LCvR83.4 in this matter by **March 13, 2026** or he will be deemed withdrawn as counsel for Petitioner in this action.

**SO ORDERED** this 9th day of March, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE